PEOPLE, PLAINTIFF AND APPELLEE, *v.* HERNÁNDEZ, DEFENDANT AND APPELLANT.

Appeal from the District Court of Aguadilla in a Prosecution for Violation of the Minimum Wages Act.

No. 1525—Decided January 27, 1921.

MINIMUM WAGES—PIECEWORK—EVIDENCE.—The mere statement of an inspector in a prosecution for violation of the Minimum Wages Act that a woman working by the piece earned less than a dollar a day during the week specified in the information is not sufficient evidence to support a judgment of conviction.

The facts are stated in the opinion.

*Mr. J. B. Garcia* for the appellant.

*Mr. José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

This was a prosecution under the Minimum Wage Law of June 9, 1919. The complaint charged that the defend-

ant employed a woman working by the piece ·for forty hours and only paid her $3.97. The proof, however, as pointed out by the *fiscal,* fails to show that she was working at all in the week which is mentioned in the complaint. The statement of the inspector that he did not recall how much she made, but that she was making less than a dollar a day in that week, was insufficient. Hence it was impossible to know how much she earned that week or how much she would have earned.

The judgment must be

*Reversed.*

Chief Justice Hernández and Justices Del Toro, Aldrey and Hutchison concurred.